# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRELL MICKELS, #11733-003** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-0117-KD-C |
| **JUDGE WILLIAM STEELE,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (Doc. 10) is made, the Report and Recommendation of the Magistrate Judge (Doc. 6) made under 28 U.S.C. § 636(b)(1)(B), and dated March 4, 2016 is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii) as frivolous because the defendant is immune.[1]

**DONE** and **ORDERED** this **11**th day of **May 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] To the extent Petitioner's "Notice of Government Telepathy" seeks a motion for extension of time to file an objection, the request is **MOOT**. (Doc. 9)